Anna J. Schaffer, Respondent, v. George Gold and Camp Merrimont, Inc., Appellants.— In an action brought to compel the individual defendant to account for his official conduct in the management and control of the corporate defendant, and for other appropriate relief, interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Agnes McCurry Schwerin, Respondent, v. Joseph Schwerin, Appellant. (Appeal No. 1.) — Order denying defendant's motion to require plaintiff separately to state and number the causes of action alleged in the complaint affirmed, with ten dollars costs and disbursements. Defendant's time to answer is extended until ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Agnes McCurry Schwerin, Respondent, v. Joseph Schwerin, Appellant. (Appeal No. 2.) — Order denying defendant's motion to change the venue from Westchester county to New York county, which defendant claims is the proper county, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Agnes McCurry Schwerin, Respondent, v. Joseph Schwerin, Appellant. (Appeal No. 3) — Order denying defendant's motion to change the venue from Westchester county to New York county for the convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Agnes McCurry Schwerin, Respondent, v. Joseph Schwerin, Appellant. (Appeal No. 4) — In a separation action an order was entered directing the defendant to pay temporary alimony. Upon failure to comply with the order defendant was adjudged in contempt and fined $160. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Transatlantic Navigation Co., Inc., Respondent, v. Joseph C. Berkwit, Doing Business as J. C. Berkwit & Co., and Others, Appellants, and Others, Defendants.— Appeal from an order denying appellants' motion to vacate and set aside a requisition to replevy and the sheriff's levy thereunder, and for a return of the chattels. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.